# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ROMERO BURNETT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KAMMACK, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01135-BAM (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE SEPTEMBER 22, 2017 ORDER ON PLAINTIFF |

Plaintiff Carlos Romero Burnett ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On September 22, 2017, the Court denied Plaintiff's motion to proceed in forma pauperis and directed Plaintiff to submit a new application or pay the filing fee within forty-five (45) days. (ECF No. 6.) Plaintiff filed notices of change of address on September 28, 2017, and October 25, 2017. (ECF. Nos. 9, 10.) Those documents state that Plaintiff was transferred from California Men's Colony West to Health Care Facility on September 21, 2017, and to California State Prison Lancaster on October 19, 2017. (Id.)

Accordingly, it is HEREBY ORDERED that the Clerk of the Court is DIRECTED to re-serve the Court's September 22, 2017 order denying Plaintiff's motion to proceed in forma pauperis (ECF No. 6) on Plaintiff at his current address of record.

IT IS SO ORDERED.

　　Dated: **November 7, 2017**　　　　　／s／ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1